IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | 9:17-PO-5079-JCL |
|---|---|
| Plaintiff, | CVB Violation No: F4864384 |
| vs. | |
| JOSHUA M. GRANGER, | ORDER |
| Defendant. | |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated September 5, 2017, advising that Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $230.00 to $115.00, inclusive of fees and costs and Defendant has agreed to forfeit that amount.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $115.00, and shall do so on or before the November 30, 2017.

Defendant is directed to send his payment to the following:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure the payment is credited to the proper violation notice, Defendant's payment shall reference the violation notice number listed above.

Alternatively, Defendant may make his payment through the website at www.cvb.uscourts.gov.

This matter will remain open pending the Court's receipt of notification from the Central Violations Bureau stating that Defendant has made his payment. Once the payment has been received this matter will be closed.

The Clerk of Court is directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549, to the U.S. Attorney's office, and to the Defendant at 3305 Coyote Lane, Great Falls, MT 59404.

CVB is directed to enter **PE** as the disposition code upon its receipt of the $115.00 from Defendant.

Defendant is advised that if he fails to pay the collateral as ordered the Court may issue a warrant for his arrest.

DATED this 9th day of November, 2017.

Jeremiah C Lynch
United States Magistrate Judge

c:  USA
    Def
    CVB